IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-00221-MSK-MJW

CROCS, INC., a Delaware corporation,

       Plaintiff,

v.

AUSTRALIA UNLIMITED, INC., a Washington corporation,

       Defendant.

## ORDER SETTING HEARING

THIS MATTER comes before the Court on the Defendant's Motion for Forthwith Hearing **(#6)** and Motion to Dissolve Temporary Restraining Order **(#7)**.

**IT IS ORDERED** that:

(1)    The Motion for Forthwith Hearing **(#6)** is **GRANTED** consistent with the notice requirements of the Temporary Restraining Order.

(2)    A hearing on the Motion to Dissolve Temporary Restraining Order **(#7)** is set for Friday, **February 2, at 1:30 p.m.** in the United States District Court for the District of Colorado, Courtroom A901, 9th Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

Dated this 31st day of January, 2007

                                          **BY THE COURT:**

                                          Marcia S. Krieger
                                          United States District Judge