IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER

Courtroom Deputy:   Patricia Glover                     Date:   February 2, 2007
Court Reporter:     Paul Zuckerman

Civil Action No. 07-cv-00221-MSK

*Parties*:                                              *Counsel Appearing:*

CROCS, INC.,                                            Jared Barrett Briant
                                                        Natalie Hanlon-Leh

       Plaintiff,

v.

AUSTRALIA UNLIMITED, INC.,                              Mark P. Walters
                                                        Paul Lopach

       Defendant.

## COURTROOM MINUTES

HEARING:   Motion to Dissolve Temporary Restraining Order **(Doc. #17)**

**1:36 p.m.   Court in session.**

Argument and proffers made by defendant and plaintiff's counsel.

**2:23 p.m.   Court in recess**
**2:47 p.m.   Court in session**

Oral findings and conclusions of law are made of record and incorporated herein.

**ORDER:**   Defendant's Motion to Dissolve Temporary Restraining Order **(Doc. #17)** is **DENIED.**

    The Amended Complaint shall be filed on or before February 5, 2007.

    The Temporary Restraining remains as issued and is not modified at this time.

Defendant makes a motion for reconsideration on amount of bond.

ORDER:   Motion for reconsideration is denied.

**3:31 p.m.   Court in recess.**
**Total Time:   1 hour 31 minutes.**
**Hearing concluded.**