# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# HONORABLE MARCIA S. KRIEGER

Courtroom Deputy: Patricia Glover    Date: February 28, 2007
Court Reporter: Paul Zuckerman

Civil Action No. 07-cv-00221-MSK-MJW

| *Parties*: | *Counsel Appearing:* |
|---|---|
| CROCS, INC., | Natalie Hanlon-Leh |
|  | Chris Beall |
| Plaintiff, |  |
| v. |  |
| AUSTRALIA UNLIMITED, INC., | Paul Lopach |
|  | Steven J. Perfrement |
| Defendant. |  |

## COURTROOM MINUTES

HEARING:   Preliminary Injunction Continued.

**8:30 a.m.   Court in session.**

Counsel for plaintiff Natalie Hanlon-Leh, Chris Beall and general counsel Erik Rebich are present in person. Counsel for defendant, Paul Lopach, Steven J. Perfrement and Jim Klavano, president of Australia Unlimited are present in person.

**EXHIBITS:   Received:   46 (by stipulation)**

**Witness (previously sworn)  for the defendant  : James Klavano :**
**8:39 a.m.**     Direct Examination by Mr. Lopach.

Cross examination of witness James Klavano by Natalie Hanlon-Leh.

**Witness sworn  for the defendant  : Mark Walters :**
**9:05 a.m.**     Direct Examination by Mr. Lopach.

Cross examination of witness Mark Walters by Mr. Beall.

No redirect examination.

Defendant rests.

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

**9:27 a.m.**     **Court in recess**
**9:56 a.m.**     **Court in session**

Closing argument by plaintiff.

Closing argument by defendant.

Court will reconvene at 3:30 p.m. for an oral ruling.

**11:59 a.m.**    **Court in recess**
**3:35 p.m.**     **Court in session**

Oral findings and conclusions of law are made of record and incorporated herein.

**ORDER:**   Plaintiff's Motion for Preliminary Injunction (**Doc. #32**) is **DENIED.**  The bond will not be discharged.  It was posted in conjunction with the temporary restraining order and it remains to stand for any claims of injury based upon an improvident issuance of that order.

**ORDER:**   The parties are directed to proceed from this courtroom to the chambers of Magistrate Judge Watanabe, to set a settlement conference.  The Court also refers to the magistrate judge the ordinary matters for his consideration, setting of a scheduling conference, supervision of discovery, and other pretrial preparation.

**4:40 p.m.**     **Court in recess**

**Total Time:    4  hours 5 minutes.**
**Hearing concluded.**