IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 07-cv-00221-MSK-MJW

CROCS, INC., a Delaware corporation,

Plaintiff,

v.

AUSTRALIA UNLIMITED, INC., a Washington corporation,

Defendant.

## ORDER AMENDING SCHEDULING ORDER
(Docket No. 74)

THIS MATTER comes before the Court on the Parties' Joint Motion to Amend Scheduling Order.

**IT IS ORDERED** that:

The Parties' Joint Motion is **GRANTED**, and

The Scheduling Order is hereby amended. The parties shall have up to and including July 2, 2007 for Joinder of Parties and Amendment of Pleadings.

Dated this 1st day of June, 2007.

BY THE COURT:

*/s/ Michael J. Watanabe*

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO