# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 07-cv-00221-MSK-MJW

CROCS, INC., a Delaware corporation,

Plaintiff,

v.

AUSTRALIA UNLIMITED, INC., a Washington corporation,

Defendant.

## ORDER AMENDING SCHEDULING ORDER

THIS MATTER comes before the Court on the Parties' Second Joint Motion to Amend Scheduling Order.

**IT IS ORDERED** that:

The Parties' Joint Motion is **GRANTED**, and

The Scheduling Order is hereby amended. The pretrial deadlines in Section 8 of the Scheduling Order are extended as follows:

| | |
|---|---|
| Joinder of Parties and Amendment of Pleadings | August 31, 2007 |
| Discovery Cut-off | November 30, 2007 |
| Dispositive Motion Deadline | December 20, 2007 |
| Fed. R. Civ. P. 26(a)(2) Disclosures | October 15, 2007 |
| Fed. R. Civ. P. 26(a)(2) Rebuttal Disclosures | November 1, 2007 |
| Service of Interrogatories | October 1, 2007 |

| | |
|---|---|
| Service of Requests for Production of Documents | October 1, 2007 |
| Service of Requests for Admission | October 1, 2007 |

Dated this 3rd day of July, 2007.

BY THE COURT:

s/ Michael J. Watanabe

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

2