IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 07-cv-00221-MSK-MJW

CROCS, INC., a Delaware corporation,

Plaintiff,

v.

AUSTRALIA UNLIMITED, INC., a Washington corporation,

Defendant.

**ORDER AMENDING SCHEDULING ORDER**
*(Docket No. 84)*

THIS MATTER comes before the Court on the Parties' Third Joint Motion to Amend Scheduling Order *(Docket No. 84)*:

**IT IS ORDERED** that:

The Parties' Joint Motion is **GRANTED**, and

The Scheduling Order is hereby amended. The pretrial deadlines in Section 8 of the Scheduling Order are extended as follows:

| | |
|---|---|
| Joinder of Parties and Amendment of Pleadings | November 1, 2007 |
| Discovery Cut-off | July 31, 2008 |
| Dispositive Motion Deadline | August 22, 2008 |
| Fed. R. Civ. P. 26(a)(2) Disclosures | June 16, 2008 |
| Fed. R. Civ. P. 26(a)(2) Rebuttal Disclosures | June 30, 2008 |
| Service of Interrogatories | May 30, 2008 |

| | |
|---|---|
| Service of Requests for Production of Documents | May 30, 2008 |
| Service of Requests for Admission | May 30, 2008 |
| Filing of Rule 702 Motions | August 22, 2008 |

Dated this 27TH day of August, 2007.

BY THE COURT:

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO