IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 07-cv-00221-MSK-MJW

CROCS, INC., a Delaware corporation,

Plaintiff,

v.

AUSTRALIA UNLIMITED, INC., a Washington corporation,

Defendant.

**ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

**(document 95)**

THIS MATTER comes before the Court on the Plaintiff's Unopposed Motion for Leave to File Second Amended Complaint.

**IT IS ORDERED** that:

Plaintiff's Unopposed Motion is **GRANTED**, and

Plaintiff's Second Amended Complaint is accepted for filing as of today's date.

Done this 2 day of November, 2007.

BY THE COURT:

_____
Michael J. Watanabe
United States Magistrate Judge