IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-00221-MSK-MJW

CROCS, INC.,

Plaintiff(s),

v.

AUSTRALIA UNLIMITED, INC.,

Defendant(s).

## MINUTE ORDER

It is hereby ORDERED that Defendant's Unopposed Motion for Leave to Amend Answer and Counterclaims (docket no. 94) is GRANTED finding good cause shown and further finding that Plaintiff does not oppose the motion. The Answer and Amended Counterclaims (docket no. 94-2) is accepted for filing today.

Date: December 7, 2007