IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-00221-MSK-MJW

CROCS, INC., a Delaware corporation,

       Plaintiff,

v.

AUSTRALIA UNLIMITED, INC., a Washington corporation,

       Defendant.
_____

**ORDER DENYING DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE RESPONSE IN EXCESS OF PAGE LIMIT**
_____

       **THIS MATTER** comes before the Court pursuant to the Defendant's Unopposed Motion for Leave to File Response in Excess of Page Limit (Motion) **(#114)**.

       Although the Defendant submitted a proposed order as part of the electronic filing, it did not submit a proposed order in WordPerfect or Word format to chambers by electronic mail. Both acts are required by D.C. Colo. ECF Proc. V.L.2.

       **IT IS THEREFORE ORDERED** that the Motion is **DENIED**, without prejudice.

       DATED this 10th day of January, 2008.

                                                                BY THE COURT:

                                                               Marcia S. Krieger
                                                               United States District Judge