IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-00221-MSK-MJW

CROCS, INC., a Delaware corporation,

    Plaintiff,

v.

AUSTRALIA UNLIMITED, INC., a Washington corporation,

    Defendant.

---

## ORDER

---

THIS MATTER comes before the Court on Defendant's Unopposed Motion for Leave to File Response in Excess to this Court's page limits (Motion) **(#116)** filed January 10, 2008.

THE COURT, being fully advised of the premises, hereby orders that said Motion is **GRANTED**. Defendant Australia Unlimited may file a Response in with ten additional pages.

DATED this 11th day of January, 2008.

        **BY THE COURT:**

        *Marcia S. Krieger*

        Marcia S. Krieger
        United States District Judge