# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 07-cv-00221-MSK-MJW

CROCS, INC., a Delaware corporation,

Plaintiff,

v.

AUSTRALIA UNLIMITED, INC., a Washington corporation,

Defendant.

## ORDER AMENDING SCHEDULING ORDER (Docket No. 122)

THIS MATTER comes before the Court on the Parties' Fourth Joint Motion to Amend Scheduling Order.

**IT IS ORDERED** that:

The Parties' Joint Motion is **GRANTED**, and

The Scheduling Order is hereby amended. The pretrial deadlines in Section 8 of the Scheduling Order are extended as follows:

| | |
|---|---|
| Fed. R. Civ. P. 26(a)(2) Rebuttal Disclosures | July 21, 2008 |
| Supplements to Plaintiff's Initial Fed. R. Civ. P. 26(a)(2) Disclosures | July 14, 2008 |
| Discovery Cut-off | August 29, 2008 |
| Dispositive Motion Deadline | September 19, 2008 |
| Filing of Rule 702 Motions | September 19, 2008 |

Dated this 30TH day of June, 2008.

BY THE COURT:

/s/ Michael J. Watanabe

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO