# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 07-cv-00221-MSK-MJW

CROCS, INC., a Delaware corporation,

Plaintiff,

v.

AUSTRALIA UNLIMITED, INC., a Washington corporation,

Defendant.

## ORDER AMENDING SCHEDULING ORDER

**IT IS ORDERED** that the Parties' Fifth Joint Motion to Amend Scheduling Order is **GRANTED**, and the Scheduling Order shall be amended consistent with this order. The pretrial deadlines in Section 8 of the Scheduling Order are extended as follows:

| | |
|---|---|
| Deposition Discovery Cut-off | September 15, 2008 |
| Dispositive Motion Deadline | October 3, 2008 |
| Filing of Rule 702 Motions | October 3, 2008 |

Signed and dated this 26th Day of August, 2008.

                **BY THE COURT:**

                **s/Michael J. Watanabe**
                **MICHAEL J. WATANABE**
                **United States Magistrate Judge**