IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-00221-MSK-MJW

CROCS, INC.,

Plaintiff(s),

v.

AUSTRALIA UNLIMITED, INC.,

Defendant(s).

MINUTE ORDER

    It is hereby ORDERED that the Joint Motion to Amend Scheduling Order and Continue Final Pretrial Conference (docket no. 147) is GRANTED IN PART and DENIED WITHOUT PREJUDICE IN PART. The motion is GRANTED insofar as amending the Scheduling Order. Plaintiff shall have up to and including October 23, 2008, to file a dispositive motion relating to Defendant's Counterclaim #7, if amended by Defendant. All other dispositive motions will remain subject to the current deadline of October 3, 2008. The motion is DENIED WITHOUT PREJUDICE as to continuing the Final Pretrial Conference since the Final Pretrial Conference is set before Judge Krieger. The parties may file a renewed motion to continue the Final Pretrial Conference before Judge Krieger.

Date:   October 02, 2008