IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER

| | |
|---|---|
| Courtroom Deputy: Patricia Glover | Date: November 6, 2008 |
| Court Reporter: Paul Zuckerman | |

Civil Action No. 07-cv-00221-MSK-MJW

| *Parties*: | *Counsel Appearing*: |
|---|---|
| CROCS, INC., a Delaware corporation, | Jared Briant |
| | Natalie Hanlon-Leh |
| Plaintiff, | Marc Levy |
| v. | |
| AUSTRALIA UNLIMITED INC., a | Jennifer Schlatter |
| Washington corporation, | Kevin Allen |
| Defendant. | |

## MINUTES OF RULE 16 CONFERENCE

**4:03 p.m.** **Court in session.**

This hearing was converted from a Final Pretrial Conference to a Rule 16 conference.

The Court addresses status of the case.

The Court addresses the Joint Motion under Rule 702 (**Doc. #154**).

Statements from counsel.

The Court addresses the process for a Rule 702 hearing.

**ORDER**: Joint Motion under Rule 702 (**Doc. #154**) is **DENIED** with leave to re-file. A new Joint 702 Motion will be filed by **December 15, 2008. The parties will include in the joint motion how much time they anticipate will be needed for an evidentiary hearing.**

The Court addresses the pending summary judgment motions that have been filed. None of them

have been fully briefed and counsel have advised that they may be filing additional motions.

The Court addresses the motions to seal that have been filed.

**ORDER:** Counsel will review motions to seal at **Doc. #135, 141, 178, 188, 190 and 167** and determine whether the documents referred to in those motions still need to remain under seal by **December 15, 2008.**

The Court addresses Defendant's Motion to Strike (**Doc. #218**).

**ORDER:** Motion to Strike (**Doc. #218**) is **DENIED**. The Court will treat the briefs and the motions to be one document for purposes of consideration.

The Court addresses whether a Markman hearing is needed.

Counsel do not believe a Markman hearing is necessary at this time.

**4:50 p.m. Court in recess.**
**Total Time: 47 minutes.**
**Hearing concluded.**